379 A.2d 306

COMMONWEALTH of Pennsylvania

v.

Clarence BELVEY, Appellant.

Supreme Court of Pennsylvania.

Argued April 18, 1977.

Decided Oct. 28, 1977.

Jack M. Myers, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Deborah E. Glass, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Judgment of sentence affirmed.